1  Maysoun Fletcher, Esq.
   Nevada Bar No. 10041
2  The Fletcher Firm, P.C.
   5510 South Fort Apache Rd.
3  Las Vegas, Nevada 89148
   Telephone: (702) 835-1542
4  Facsimile: (702) 835-1559
   maf@fletcherfirmlaw.com
5  Attorney for Defendant,
   DAVID STEPHEN BANGS II

6
                        **UNITED STATES DISTRICT COURT**
7
                             **DISTRICT OF NEVADA**
8
   UNITED STATES OF AMERICA,              CASE NO.: 2:20-CR-00006-001-GMN-NJK
9  Plaintiff,
                                          JOINT STATUS REPORT AND
10 vs.                                    STIPULATION TO CONTINUE TIME FOR
                                          SENTENCING
11 DAVID STEPHEN BANGS II,
                Defendant.
12

13         **JOINT STATUS REPORT AND STIPULATION TO CONTINUE TIME FOR**
14                                **SENTENCING**

15         Pursuant to this Court's June 30, 2020 Minute Order [ECF 11], the parties provide the

16 following stipulation for the Court's consideration.

17         IT IS HEREBY STIPULATED AND AGREED by and between Jeremy Stanton Robbins,

18 Special Assistant United States Attorney, Counsel for UNITED STATES OF AMERICA, and
19
   Maysoun Fletcher, Esq., Counsel for Defendant DAVID STEPHEN BANGS II, that the Sentencing
20
   Hearing currently scheduled for July 10, 2020 at 10:00 a.m. be vacated and reset to August 17, 2020,
21
22 August 18, 2020, or a date and time thereafter that is convenient to the Court.

23         This Stipulation is entered into for the following reasons:

24         1.     In-Person Sentencing Hearing appearances are currently limited due to the Covid-19
25
   pandemic and the Parties would prefer to appear in person, if possible.
26
           2.     Counsel for the United States must travel from another State for the hearing and will
27
28 need time to make travel arrangements once in person appearances are considered safe.

3.      Mr. Bangs is out of custody on pre-trial release and has no objection to the request for continuance, after speaking with his counsel.

4.      Counsel for the United States has no objection to the continuance.

5.      Denial of this request for continuance could result in a miscarriage of justice.

6.      The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

7.      For all the above-stated reasons, the ends of justice would best be served by a continuance of the current Sentencing Hearing.

This is the second request for continuance filed herein.

DATED: July 2, 2020.

___*/s/ Jeremy Stanton Robbins*_____          ____*/s/ Maysoun Fletcher*_____
**Jeremy Stanton Robbins, Esq.**                         **Maysoun Fletcher, Esq.**
Special Assistant United States Attorney          5510 South Fort Apache Road
400 South Virginia Street                                    Las Vegas, Nevada 89148
Reno, Nevada 89501                                           Attorney for Defendant, David Bangs, II.

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
DAVID STEPHEN BANGS II

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DAVID STEPHEN BANGS II,<br>Defendant. | CASE NO.: 2:20-CR-00006-001-GMN-NJK<br><br>STIPULATION TO CONTINUE TIME FOR SENTENCING |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1.      In-Person Sentencing Hearing appearances are currently limited due to the Covid-19 pandemic and the Parties would prefer to appear in person, if possible.

2.      Counsel for the United States must travel from another State for the hearing and will need time to make travel arrangements once in person appearances are considered safe.

3.      Mr. Bangs is out of custody on pre-trial release and has no objection to the request for continuance, after speaking with his counsel.

4.      Counsel for the United States has no objection to the continuance.

5.      Denial of this request for continuance could result in a miscarriage of justice.

6.      The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States

3

Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

7.     For all the above-stated reasons, the ends of justice would best be served by a continuance of the current Sentencing Hearing.

## CONCLUSIONS OF LAW

Denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for July 10, 2020 at 10:00 a.m., is continued to the 19th day August, 2020, at 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

IT IS SO ORDERED.

DATED this ____2____ day of July, 2020.


_____
HONORABLE GLORIA M. NAVARRO
U.S. DISTRICT COURT JUDGE